```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-00413 MCE |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | DATE: December 1, 2011 |
| ) | TIME: 9:00 a.m. |
| JUAN MANUEL CUEVAS, AND ) | COURT: Hon. Morrison C. England |
| HUGO CHAVEZ-DELACRUZ, ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; J. Toney, counsel for defendant Juan Manuel CUEVAS; and Gilbert Roque, counsel for defendant Hugo Chavez DELACRUZ, that the above status conference be rescheduled from this Court's December 1, 2011, calendar, and that the matter be re-calendared for January 12, 2012, at 9:00 a.m. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

///

///

1

The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded between through January 12, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

| | |
|---|---|
| Dated: November 29, 2011 | /s/ Paul Hemesath<br>Paul Hemesath<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| Dated: November 29, 2011 | /s/ J. Toney<br>J. Toney<br>Counsel for Defendant<br>Juan Manuel CUEVAS |
| Dated: November 29, 2011 | /s/ Gilbert Roque<br>Gilbert Roque<br>Counsel for Defendant<br>Hugo Chavez DELACRUZ |

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

**Dated: December 6, 2011**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**