```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-cr-00413 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: March 22, 2012<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |
| HUGO CHAVEZ-DELACRUZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Gilbert Roque, counsel for defendant Hugo Chavez DELACRUZ, that the above status conference be rescheduled from this Court's March 22, 2012, calendar, and that the matter be re-calendared for April 26, 2012, at 9:00 a.m. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

1

IT IS FURTHER STIPULATED that time be excluded between through April 26, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: March 20, 2012  /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: March 20, 2012  /s/ Gilbert Roque
Gilbert Roque
Counsel for Defendant
Hugo Chavez DELACRUZ

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED**.

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE