```
 1  GILBERT A. ROQUE
    Attorney at Law
 2  California State Bar Number 074966
    913 Court Street
 3  Woodland, California 95695
    (530) 666-1935
 4
    Attorney for HUGO CHAVEZ DE LA CRUZ
 5
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>             Plaintiff,            )<br>                                     )<br>vs.                                  )<br>                                     )<br>                                     )<br>                                     )<br>HUGO CHAVEZ DE LA CRUZ,              )<br>                                     )<br>             Defendant            )<br>_____ ) | 2:10-CR-413-MCE<br><br>STIPULATION AND<br>ORDER VACATING DATE,<br>CONTINUING STATUS<br>CONFERENCE<br>AND EXCLUDING TIME<br><br>Date  : 9/06/12<br>Time  : 9:00 a.m.<br>Court : Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Plaintiff United States of America, through Assistant United States Attorney Paul A. Hemesath, and Defendant Hugo Chávez De La Cruz, through his counsel, Gilbert A. Roque, that the Status Conference scheduled for June 21, 2012, at 9:00 a.m., be vacated and the matter be continued to September 6, 2012, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

This continuance is requested by both the Government and the defense in order to permit further investigation and defense preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing more time to prepare outweigh the best interests of the public and defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: June 14, 2012                    Respectfully submitted,
                                             /s/ Gilbert A. Roque
                                             GILBERT A. ROQUE, Attorney for

HUGO CHAVEZ DE LA CRUZ, Defendant

DATED: June 14, 2012        /s/ Paul A. Hemesath
                            PAUL A. HEMESATH
                            Assistant United States Attorney
                            Attorney for Plaintiff

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from the date of the parties' stipulation, June 14, 2012, to and including the new Status Conference, September 6, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for counsel to prepare).

It is further ordered that the June 21, 2012, Status Conference is vacated and shall be continued until September 6, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE