1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:10-CR-00413-MCE |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JUAN MANUEL CUEVAS, HUGO CHAVEZ-DELACRUZ, and ARMANDO FLORES CAMPOS, | |
| Defendants. | |

WHEREAS, on January 23, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the stipulation and application for preliminary order of forfeiture and the plea agreement entered into between plaintiff and defendant Hugo Chavez-Delacruz forfeiting to the United States the following property:

    a.    A 1999 Honda Accord, VIN: JHMCG6658XC020549, License Number 6NEB931.

AND WHEREAS, beginning on January 25, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Hugo Chavez-Delacruz.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within sixty days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return the Approximately $2,741.00 in U.S. Currency, plus any accrued interest, to Hugo Chavez-Delacruz.

IT IS SO ORDERED.

DATED: April 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE